**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

UNITED STATES OF AMERICA

-vs-  Case No.: 2:05-cr-71-FtM-33DNF

OTIS MARCHMAN

_____

**ORDER**

This matter comes before the Court on the Motion to Revoke Bond and Detain Defendant (Doc. #970) filed on January 19, 2011. Defense Counsel moves the Court for an Order revoking the Defendant's bond and an Order of detention. As grounds, Counsel indicates the Defendant is currently in state custody and remains at the CORE facility at this time. As a result, the Defendant is not accruing time on the pending Violation of Supervised Release. Defense Counsel argues that he has a duty to zealously explore a resolution to the instant Violation least likely to prejudice a resolution of the Defendant's pending charges in state Court. The Government does not oppose the relief requested. Having considered the motion, the Court finds good cause and will grant the relief requested. Accordingly, it is now

**ORDERED:**

The Defendant's Motion to Revoke Bond and Detain Defendant (Doc. #970) is **GRANTED**. The Court finds detention is appropriate pending further proceedings. Therefore, the Defendant's bond is hereby **REVOKED**, and a detainer shall be placed immediately.

**DONE AND ORDERED** at Fort Myers, Florida, this   21st   day of January, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record